Joseph M. Lowe, as Executor of Jacob S. Klein, Deceased, Appellant, *v.* Leo N. Fairberg, Defendant, and Van Praag & Co., Respondent.

(Argued January 24, 1936; decided March 3, 1936.)

*Alfred W. Meldon, Samuel Singerman* and *Meyer Feldman* for appellant.

*Maurice Rubinger* and *Jacob N. Geffen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.